# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **CONCINNITAS LLC,** *et al.***,** <br><br> Plaintiffs, <br><br> v. <br><br> **ZUBIE, INC.,** <br><br> Defendant. | Civil Action No. 2:16-cv-899-JRG-JRP <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiffs Concinnitas LLC and George W. Hindman (collectively, "Plaintiffs"), and Defendant Zubie, Inc. ("Defendant") (collectively, "the parties") have reached a settlement agreement in principle that resolves all matters in controversy between Plaintiffs and Defendant in the above-entitled and numbered action. The parties expect to jointly file a dismissal with prejudice of all claims between them within 30 days.  Accordingly, Plaintiffs and Defendant respectfully request the Court stay all deadlines between them for 30 days, up to and including November 19, 2016. Plaintiff and Defendant request this Stay, not for the purposes of any delay, but so that they may finalize the settlement agreement and file dismissal papers without incurring additional expenses.

DATED October 20, 2016.    Respectfully submitted,

By: */s/ Stevenson Moore*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Krystal L. McCool
Texas Bar No. 24082185
kmccool@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFFS CONCINNITAS LLC AND GEORGE W. HINDMAN**


By: */s/ Derek Vandenburgh*
J. Derek Vandenburgh
dvanderburgh@carlsoncaspers.com

**CARLSON, CASPERS, VANDERBURGH, LINDQUIST & SCHUMAN**
225 South Sixth Street, Ste. 4200
Minneapolis, MN 55402

Tel: (612) 436-9600
Fax: (612) 436-9605

**ATTORNEY FOR DEFENDANT ZUBIE, INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of October, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                */s/ Stevenson Moore*
                                                Stevenson Moore