IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CONCINNITAS LLC, AND GEORGE W. HINDMAN,**<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>**ZUBIE, INC.,** *et al***.**<br><br>　　　　　　Defendants. | Civil Action No. 2:16-cv-00899-JRG-RSP<br><br>**CONSOLIDATED LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO STAY ALL PENDING DEADLINES AND NOTICE OF SETTLEMENT

CAME ON THIS DAY for consideration of the Joint Motion to Stay all Pending Deadlines and Notice of Settlement between Plaintiffs, Concinnitas LLC and George W. Hindman, and Defendant Motorola Mobility LLC, and the Court, being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED that all deadlines between Plaintiffs Concinnitas LLC and George W. Hindman and Defendant Motorola Mobility LLC be and are stayed up to and including June 5, 2017. If a motion to dismiss has not been filed by June 5, the parties are ORDERED to appear at 9:00 a.m. on June 6 for a status conference.

**SIGNED this 11th day of May, 2017.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ROY S. PAYNE
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE