**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **CONCINNITAS LLC, AND GEORGE W. HINDMAN,**<br><br>Plaintiffs,<br><br>v.<br><br>**ZUBIE, INC.,** *et al***.**<br><br>Defendants. | **Civil Action No. 2:16-cv-00899-JRG-RSP**<br><br>**CONSOLIDATED LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Plaintiffs, Concinnitas LLC and George W. Hindman (collectively, "Plaintiffs") and Defendant Motorola Mobility LLC ("Defendant") (collectively, the "Parties"), filed a Joint Motion to Dismiss Pursuant to Rule 41(a)(2) ("Motion").

The Court, having considered the Parties' Motion, finds that the Motion should be GRANTED.

IT IS ORDERED, ADJUDGED, AND DECREED that all claims and counterclaims are dismissed WITH prejudice.

IT IS FURTHER ORDERED that all costs, expenses, attorneys' and other fees are to be borne by the party that incurred them and that each party waives all rights of appeal and/or other judicial review.

**SIGNED this 20th day of June, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE